IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WASHINGTON MUTUAL BANK, | ) FORECLOSURE |
| plaintiff, | ) |
| vs. | ) |
| | ) No.    08 CV 4499 |
| JORGE TORRES, JUANA TORRES, BANK OF WAUKEGAN, n/k/a NORSTATES BANK, as Trustee under Trust Agreement dated August 23, 2002, and known as Trust No. 204453, CHICAGO TITLE LAND TRUST COMPANY, as successor Trustee under Trust Agreement dated August 23, 2002, and known as Trust No. NS204453, 1725 SUNSET AVENUE FOREVER II, LLC, and FOREVER CONSTRUCTION, INC., | ) JUDGE HOLDERMAN<br>) MAG. JUDGE MASON |
| defendants. | ) |

**WASHINGTON MUTUAL BANK's CORPORATE INTERESTS DISCLOSURE STATEMENT**

Pursuant to Rule 3.2 of the United States District Court for the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedures, plaintiff Washington Mutual Bank (hereinafter "Bank"), by its attorney, John K. Kallman, hereby gives notice of the following corporate interests:

1. The parent company of the Bank is Washington Mutual, Inc.

2. The only subsidiary not wholly owned by the Bank is Washington Mutual Preferred Funding, LLC.

3. There are no other publicly held entities that own 5% or more of the corporation.

Dated:  August 14, 2008

/s/ John K. Kallman

John K. Kallman
221 N. LaSalle St.
Suite 1200
Chicago, IL 60601
(312) 578-1515 voice
(312) 332-3920 fax
jkkallman@sbcglobal.net